William Stevens, Plaintiff-Appellant, v. Eugene Ryder, Lena Ryder and Robert Pusavc, Defendants, and Checker Taxi Co., Inc., a Corporation, and Bennett Waldren, Defendants-Appellees.

Gen. No. 52,286.

First District, First Division.

September 18, 1970.

Gilmartin & Wisner, of Chicago (Richard S. Wisner and Dom J. Rizzi, of counsel), for appellant; Peter Fitzpatrick and George Kaye, of Chicago (Fitzpatrick & Kaye, Jesmer & Harris, of counsel), for appellees. Opinion by JUSTICE EBERSPACHER. **Not to be published in full.**